UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

Carlandus Deon Brown,

Plaintiff,

v.

Officer Chase R. Baney, et al.,

Defendants.

Case No. 3:26-cv-1714

ORDER

By **September 25, 2026**, *pro se* Plaintiff Carlandus Deon Brown and counsel for Defendants shall hold the Rule 26(f) conference at a mutually convenient time, in person or by phone or video conference. Defendants' counsel shall take the lead on coordinating the logistics of the requisite conference (e.g., date, time, manner), but both Plaintiff and Defendants' counsel "**are jointly responsible** for arranging the conference." Fed. R. Civ. P. 26(f)(2) (emphasis added). Put otherwise, Plaintiff must cooperate with the scheduling process and make arrangements to attend the conference at the time and in the manner agreed by the parties.

During the Rule 26(f) conference, the participants shall discuss "the nature and basis of their claims and defenses and the possibilities for promptly settling or resolving the case; make or arrange for the disclosures required by Rule 26(a)(1); discuss any issues about preserving discoverable information; and develop a proposed discovery plan." Fed. R. Civ. P. 26(f)(2). The proposed discovery plan must be a **jointly** proposed and be substantially in the form of Attachment 1. With this, I remind Plaintiff and Defendants' counsel that they "**are jointly responsible** . . . for attempting in good faith to agree on the proposed discovery plan." Fed. R. Civ. P. 26(f)(2)

(emphasis added). To the extent the parties are unable to reach an agreement on any part of the proposed discovery plan, their response to the disputed point(s) must:

(a) state each of their respective positions on the disputed point;

(b) explain the reasoning for their respective positions; and

(c) to the extent applicable, offer legal authority to support their respective positions.

Within fourteen days of the date of their Rule 26(f) conference, and no later than **October 9, 2026**, Defendants' counsel shall electronically file the parties' **jointly** proposed discovery plan. *See* Fed. R. Civ. P. 26(f)(2). To be clear, Plaintiff shall not file a separate discovery plan but must work collaboratively with counsel for Defendants' counsel to draft and submit the joint plan, as explained above.

So Ordered.

s/ Jeffrey J. Helmick
United States District Judge